IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFIE KENT                                                                                          PLAINTIFF

v.                                                                        Civil Action No.: 4:09-CV-062-A-S

BAXTER INTERNATIONAL INC., a
Delaware Corporation; BAXTER
HEALTHCARE CORPORATION a
Delaware Corporation; and SCIENTIFIC
PROTEIN LABORATORIES LLC,
a Delaware LLC                                                                                     DEFENDANTS

## ORDER STAYING CASE

This matter is before the court on the motion of the defendants, Baxter International Inc., Baxter Healthcare Corporation, and Scientific Protein Laboratories, for entry of an order staying proceedings pending transfer by the Judicial Panel on Multidistrict Litigation; and the court, having considered the motion papers and for good cause shown, hereby

ORDERS that all proceedings in this action are stayed pending a final determination by the Judicial Panel on Multidistrict Litigation regarding whether this action should be consolidated with the recently-created Multidistrict Litigation action in the Northern District of Ohio *In Re Heparin Products Liability Litigation*, MDL No. 1953.

This 24th day of July, 2009.

                                                                      /s/ David A. Sanders
                                                                      United States Magistrate Judge